UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORIZON LAWN MAINTENANCE, INC.

      Plaintiff,                             Case No. 14-cv-13779
                                             Hon. Matthew F. Leitman

v.

COLUMBUS-KENWORTH, INC., et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

On July 27, 2016, the parties in this matter attended a settlement conference before United States District Judge Bernard A. Friedman and reached a settlement agreement. The terms of settlement agreement were placed on the record before Judge Friedman and are hereby incorporated into this order.

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed with prejudice and without costs, interest or attorney fees. However, the Court retains jurisdiction for a period of thirty days from the date of this order to enforce all terms of the settlement agreement as placed on the record.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: July 28, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113